Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br>MERCHANT DIRECT LLC dba ROYAL PUBLIC FUNDING, And DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>3:18-cv-02670-JSC<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

///

///

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to all of their individual claims and without prejudice as to the claims of any putative class member. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this October 4, 2018.

By:

/s/Todd M. Friedman
Todd M. Friedman ESQ.
Law Offices of Todd M. Friedman,P.C.
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on October 4, 2018 with:

United States District Court CM/ECF system

Notification sent electronically on October 4, 2018 to:

To the Honorable Court, all parties and their Counsel of Record

By: /s/Todd M. Friedman
Todd M. Friedman ESQ.